IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEVEN BOOTH, et al.,<br><br>      Plaintiff,<br><br>   vs.<br><br>KENT R. SPJUTE, et al.,<br><br>      Defendant.<br>_____/ | CASE NO. CV F 07-0609 LJO NEW<br><br>**ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO ANOTHER DISTRICT JUDGE** |

   On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself from this action and requests this Court's clerk to reassign another district judge to this action. Upon reassignment, all papers shall bear the new case number with the new district judge's initials.

   This Court VACATES the November 26, 2007 hearing on defendants' motion to dismiss and alternative summary judgment motion set before U.S. District Judge O'Neill. Defendants will need to reset their motion to dismiss and alternative summary judgment motion before the reassigned district judge.

   IT IS SO ORDERED.

**Dated:   October 12, 2007**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

1