IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEPHEN BOOTH<br>and LOUISE Q. BOOTH,<br><br>             Plaintiffs,<br>     v.<br><br>THE UNITED STATES, et al.,<br><br>             Defendants. | 1: 07-CV-0609 AWI GSA<br><br>ORDER VACATING HEARING<br>DATE OF DECEMBER 17, 2007<br>AND TAKING MATTER UNDER<br>SUBMISSION |

    Defendants have filed a motion to dismiss or in the alternative a motion for summary judgment. The matter was scheduled for hearing to be held on December 17, 2007. The court has reviewed the parties' briefs on this motion and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 17, 2007, is VACATED, and no party shall appear at that time. As of December 17, 2007, the court will take the matter under submission, and the court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 12, 2007            /s/ Anthony W. Ishii
                                                            UNITED STATES DISTRICT JUDGE