1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

10   V. STEVEN BOOTH, LOUISE Q. BOOTH,   )   1:07-cv-00609 AWI GSA
                                         )
11                                       )   ORDER VACATING HEARING
                 Plaintiffs,             )   OF NOVEMBER 21, 2008, AND
12                                       )   TAKING MATTER UNDER
                                         )   SUBMISSION
13   vs.                                 )
                                         )
14                                       )
     KENT R. SPJUTE, et al.,             )
15                                       )
                 Defendants.             )
16   _____)

17

18        Currently pending before this Court is Defendant United States' Motion for a Stay.
19
     This motion is set for hearing on November 21, 2008, at 9:30 a.m.  Plaintiffs have filed an
20
     opposition.  The Court has reviewed the papers and has determined that this matter is suitable
21
     for decision without oral argument.  Local Rule 78-230(h).
22
          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of
23
     November 21, 2008, is VACATED, and the parties shall not appear at that time.  As of
24
     November 21, 2008, the Court will take the motion under submission and will thereafter
25
     issue its decision.
26

27     IT IS SO ORDERED.
28
     Dated:   **November 19, 2008**            **/s/ Gary S. Austin**

1

2        UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28