IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEVEN BOOTH, LOUISE Q. BOOTH, <br><br>   Plaintiffs, <br><br> vs. <br><br> KENT R. SPJUTE, et al., <br><br>   Defendants. | 1:07-cv-00609 AWI GSA <br><br> ORDER REGARDING MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT <br><br> (Document 52) |

     Defendants United States of America and federal law enforcement officers filed the instant motion for an extension of time to respond to the amended complaint on October 27, 2008. Plaintiffs V. Steven Booth and Louise Q. Booth did not file an opposition and this Court considered the Defendants' motion for an extension on the record and without oral argument or a hearing. Local Rule 78-230(h).

     By their motion, Defendants sought an extension of the time to answer or otherwise respond to the amended complaint, which was filed by the Plaintiffs on October 10, 2008, due to a pending motion for a stay of this action. The Court granted the motion for a stay on November 24, 2008, and set a status conference in this matter for May 27, 2009. (Doc. 61).

1     Pursuant to Federal Rule of Civil Procedure 6(b), when an act must be done within
2 a specific time, the court may extend the time for good cause.  Due to the stay in this matter,
3 good cause exists to extend the time for Defendants to respond to the amended complaint.
4 Accordingly, Defendants motion for an extension of time is GRANTED.  Defendants shall
5 file an answer or otherwise respond to the complaint within thirty (30) days after the
6 termination of the stay.
7     IT IS SO ORDERED.
8 **Dated:   December 11, 2008**                         /s/ **Gary S. Austin**
9                                                                 UNITED STATES MAGISTRATE JUDGE