BENJAMIN B. WAGNER
Acting United States Attorney

G. PATRICK JENNINGS
LAUREN M. CASTALDI
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
             (202) 514-6062
Email: Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEPHEN BOOTH, LOUISE Q. BOOTH, <br><br> Plaintiffs, <br><br> vs. <br><br> KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:07-CV-609-AWI-GSA <br><br> **ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |

The plaintiffs and the defendants have submitted a stipulation requesting an order dismissing with prejudice all claims raised in this action.  For good cause shown,

**IT IS ORDERED THAT** the stay of this action pending the criminal case is lifted.

**IT IS FURTHER ORDERED THAT** all claims raised in the complaint filed in this matter on April 20, 2007, are hereby dismissed with prejudice against re-filing.  The clerk is directed to close the case.

IT IS SO ORDERED.

Dated:   November 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE